IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:07CR349
                              )
       v.                     )
                              )
JUAN C. POLANCO,              )          ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for leave to file *in forma pauperis* (Filing No. 56). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant may proceed on appeal without prepayment of costs and fees.

DATED this 20th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court